ORIGINAL

1 | Stephanie P. Skaff (State Bar No. 183119)
   sskaff@fbm.com
2 | Alex Reese (State Bar No. 280530)
   areese@fbm.com
3 | Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
4 | San Francisco, CA 94104
Telephone: (415) 954-4400
5 | Facsimile: (415) 954-4480

ADR

E-filing  Filed

MAR 23 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6 | Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED AND BRIPCO
7 | (UK) LIMITED

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

13 | BLADEROOM GROUP LIMITED, et al.,

    Plaintiffs,

14

    vs.

15 | FACEBOOK, INC.

16

    Defendant.

Case No. CV 15 01370 HRL

**ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF
COMPLAINT AND EXHIBIT A TO
COMPLAINT**

**(Civil L.R. 79-5))**

17

18

19

20

21

22

23

24

25

26

27

28

Adm. Motion to File Under Seal

30692\4807939.1

## ARGUMENT

Plaintiffs BladeRoom Group Limited and Bripco (UK) Limited move under Civil L.R. 79-5 to file certain portions of their Complaint and the entirety of Exhibit A to the Complaint under seal.

Concurrently with this Administrative Motion, Plaintiffs are filing a Complaint that alleges claims for misappropriation of trade secrets and breach of contract, among others. The Complaint describes Bripco (UK's) trade secrets, which Plaintiffs maintain as confidential information. Reese Decl. ¶ 3. Plaintiffs take several steps to ensure the confidentiality of Bripco (UK)'s trade secrets. For example, the facilities where Plaintiffs store these trade secrets are physically secured, and visitors are prevented from accessing the trade secrets unless under a non-disclosure agreement. *Id.*; *see also* Compl. ¶ 20. Plaintiffs limit the employees who may access trade secrets to those with a need to know, and employees must sign agreements requiring them to keep confidential any trade secrets and proprietary information they learn in Plaintiffs' employ. *Id.* ¶ 4; *see also* Compl. ¶ 20. The Complaint also describes sensitive business negotiations and meetings between Plaintiffs and a third party that were conducted under the protection of a non-disclosure agreement, and Plaintiffs keep such discussions confidential. *Id.* ¶ 5; *see also* Compl. ¶ 39. Revealing this information in the public record could cause Plaintiffs substantial competitive harm, and Plaintiffs therefore have a compelling interest in keeping this information confidential. *See Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1224–25 (Fed. Cir. 2013).

Finally, the Complaint also alleges a claim for breach of the contract attached as Exhibit A to the Complaint. That contract requires that its terms and certain other matters be kept confidential. *See* Compl. Ex. A ¶ 1. The Complaint refers to and quotes from Exhibit A repeatedly. *See, e.g.*, Compl. ¶¶ 21–29, etc. Plaintiffs seek to seal Exhibit A and the portions of the Complaint that refer to or quote from it to comply with their contractual obligations.

30692\4807939.1

1

2
Date:    March 20, 2015                           FARELLA BRAUN + MARTEL LLP

3

4
                                                  By: _____
5                                                     Alex Reese

6                                                  Attorneys for Plaintiffs BladeRoom Group
                                                   Limited and Bripco (UK) Limited
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

30692\4807939.1