Terri R. Brown, Esq.  (IN #26279-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SIMONE SADRI SHAGHAFI,<br>    Plaintiff,<br><br>  vs.<br><br>TRANS UNION, LLC, a Delaware corporation and DEPARTMENT STORES NATIONAL BANK,<br>    Defendants. | CASE NO. 5:15-cv-00874-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING TELEPHONIC HEARING REQUEST**<br><br>Date:  June 18, 2015<br>Time:  10:00 a.m.<br>Courtroom 4 |

This cause is before the Court on Trans Union, LLC's ("Trans Union") Unopposed Motion For Leave Of Court For Lead Counsel To Participate In Initial Case Management Conference By Telephone (the "Motion").  The Court, being duly advised, finds cause to allow such participation and hereby grants the Motion.

1    Lead counsel for Trans Union shall participate in the Case Management Conference
2 scheduled for June 18, 2015 at 10:00 a.m. (PST) by setting up the call through Court Call Phone
3 Conferencing at (866) 582-6878.
4    IT IS SO ORDERED this __14__ day of __May_____, 2015.

_____
JUDGE, United States District Court,
Northern District of California