STEPHANIE P. SKAFF (183119)
(sskaff@fbm.com)
ALEX REESE (280530)
(areese@fbm.com)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED and
BRIPCO (UK) LIMITED

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(lstameshkin@cooley.com)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 5/14/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No.  15-cv-01370 EJD<br><br>**STIPULATION EXTENDING DEFENDANT FACEBOOK, INC. TIME TO RESPOND TO COMPLAINT** |

WHEREAS, Defendant Facebook, Inc. ("Facebook") was served with the Complaint in this action on May 1, 2015;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

116625145 v1

1.

STIPULATION EXTENDING FOR FACEBOOK TO RESPOND TO COMPLAINT
CASE NO. 15-CV-01370 EJD

NOW THEREFORE, the parties hereby stipulate and agree that the deadline for Defendant Facebook to respond to Plaintiff's Complaint, which is currently due May 22, 2015, is extended up to, and including, June 1, 2015.

Dated: May 12, 2015          FARELLA BRAUN + MARTEL LLP


*/s/ Alex Reese*
Alex Reese

Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED and BRIPCO (UK) LIMITED

Dated: May 12, 2015          COOLEY LLP


*/s/ Heidi L. Keefe*
Heidi L. Keefe

Attorneys for Defendant
FACEBOOK, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

116625145 v1

2.

STIPULATION EXTENDING FOR FACEBOOK TO RESPOND TO COMPLAINT
CASE NO. 15-CV-01370 EJD

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, the undersigned attests that all parties have concurred in the filing of this STIPULATION EXTENDING DEFENDANT FACEBOOK, INC.'S TIME TO RESPOND TO COMPLAINT

DATED: May 12, 2015              By: */s/ Heidi L. Keefe*
                                      Heidi L. Keefe

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

116625145 v1

3.

STIPULATION EXTENDING FOR FACEBOOK TO RESPOND TO COMPLAINT
CASE NO. 15-CV-01370 EJD