REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Stephanie P. Skaff (State Bar No. 183119)
    sskaff@fbm.com
Eugene Y. Mar (State Bar No. 227071)
    emar@fbm.com
Alex Reese (State Bar No. 280530)
    areese@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED AND BRIPCO
(UK) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>              Plaintiffs,<br><br>   vs.<br><br>FACEBOOK, INC.<br><br>           Defendant. | Case No. 5:15-cv-01370-EJD<br><br>**FIRST AMENDED COMPLAINT FOR**<br><br>**(1) BREACH OF CONTRACT;**<br><br>**(2) MISAPPROPRIATION OF TRADE SECRETS;**<br><br>**(3) VIOLATION OF THE LANHAM ACT (15 U.S.C. § 1125); and**<br><br>**(4)  UNFAIR BUSINESS PRACTICES/UNFAIR COMPETITION** |

30692\5182413.8

1    Plaintiffs BladeRoom Group Limited ("BRG") and Bripco (UK) Limited ("Bripco (UK)")

2    (collectively "Plaintiffs") allege as follows:

3    <u>**NATURE OF ACTION**</u>

4    1.    In January 2014, Defendant Facebook, Inc. ("Facebook") announced to the world

5    that it had developed a revolutionary new method of constructing large, mission critical data

6    centers, which are the buildings that house the vast arrays of computer servers that form the

7    backbone of the internet and the high-technology economy.  Facebook claimed that it developed

8    an innovative, pre-fabricated and modular construction approach and, extolling its benefits,

9    encouraged the entire data center industry to shift from traditional construction practices to this

10   new method.  What Facebook did not disclose, however, was that this methodology and the

11   detailed know-how supporting its use had in fact been stolen by Facebook from BRG.

12   2.    BRG spent years developing and refining the methodology that Facebook blithely

13   passed off to the world as its own in 2014.  During the roughly two and a half years before

14   Facebook's announcement of its supposedly new approach, BRG had disclosed its methods,

15   techniques, know-how, and other confidential information and trade secrets to Facebook in an

16   extensive series of meetings, conversations, proposals, and presentations.  All of BRG's

17   disclosures were made ███████████████████████████████████████

18   ████████████████████████    This action seeks redress for Facebook's breach of ███████

19   ███████████████; its misappropriation of trade secrets; its passing off of BRG's unique

20   methodology for constructing data centers as its own; and its unfair business practices or unfair

21   competition.

22   <u>**PARTIES**</u>

23   3.    Plaintiff BRG is a company organized under the laws of England with a registered

24   office at Stella Way, Bishop's Cleeve, Cheltenham, Gloucestershire GL52 7DQ.  Since the late

25   2000s, BRG has been in the business of developing and perfecting a method for manufacturing

26   and installing pre-fabricated data centers.  These data centers, known as "BladeRooms," are

27   constructed using BRG's unique methodology and innovative pre-fabrication construction,

28   shipping, and installation techniques, some of which are publicly known but many of which BRG

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 2 -                                                                30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1    keeps as confidential trade secrets.  The confidential know-how, design, supply chain, fabrication

2    and construction techniques, and all other aspects of modular data center construction developed

3    by BRG are referred to throughout this Complaint as the "BRG Methodology."

4        4.    Plaintiff Bripco (UK) is a company organized under the laws of England with a

5    registered office at Stella Way, Bishop's Cleeve, Cheltenham, Gloucestershire GL52 7DQ.

6    Bripco (UK) is the legal owner, and BRG is the licensee, of all right, title and interest in all trade

7    secrets, know-how, registered and unregistered designs, and confidential information created or

8    developed by BRG, including the BRG Methodology.

9        5.    On information and belief, Defendant Facebook is a company organized under the

10   laws of Delaware with a principal place of business at 1601 Willow Road, Menlo Park, California

11   94025.

12                              **JURISDICTION AND VENUE**

13       6.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§

14   1332 because there is a complete diversity of citizenship between Plaintiffs and Defendant and

15   the amount in controversy exceeds $75,000.

16       7.    This Court has personal jurisdiction over Defendant Facebook because Facebook

17   consented to this Court's jurisdiction for purposes of adjudicating any action █████████

18   ████████████████████████████████████████████████████████████████

19   ██ .

20       8.    This Court also has personal jurisdiction over Defendant Facebook because

21   Plaintiffs' causes of action against Facebook arise out of or relate to Facebook's purposeful

22   contacts with California, and the exercise of personal jurisdiction over Facebook in this particular

23   case would comport with principles of fair play and substantial justice.

24       9.    This Court also has personal jurisdiction over Defendant Facebook because it has

25   engaged in systematic and continuous contacts with this State and this County by, *inter alia*,

26   regularly conducting and soliciting business in this State and this County, and deriving substantial

27   revenue from products and/or services provided to persons in this State and this County.

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 3 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1     10.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)–(c) because a

2  substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in this district

3  and Facebook resides in this judicial district and is subject to this Court's personal jurisdiction.

4     11.     Venue is also proper in this district because by entering into ███████████

5  ████████████████████████████████████████████████████████████

6  ███████████████ were to be resolved by the federal or state courts located in Santa Clara

7  County.

8                              **INTRADISTRICT ASSIGNMENT**

9     12.     This action is an Intellectual Property Action subject to district-wide assignment.

10  ████████████████████████████████████████████████████████████

11  ████████████████████████████████████████████████████████████

12  ███████████████████████████████████████████████████████

13  ██████████

14                              **FACTUAL ALLEGATIONS**

15  *BRG, Bripco (UK), and the BRG Methodology*

16     13.     Over the course of 25 years, the founders and senior leadership of BRG developed

17  deep expertise in the pre-fabricated, modular construction of buildings that have specific air-

18  handling requirements.  They acquired this experience by designing and supplying mission-

19  critical modular buildings with complex mechanical and electrical components, including

20  industrial kitchens and hospital facilities such as operating theaters and clean rooms, to major

21  institutions around the world.  Their approach to these projects was to always maximize

22  efficiency and precision by pre-fabricating in a factory as many elements of each building as

23  possible, then transporting them to site.  In 2008, BRG's directors came to realize that the fast-

24  growing, multibillion dollar per year data center industry was an area where pre-fabrication and

25  modular construction techniques could provide significant benefits.  They decided to develop a

26  pre-fabricated data center product that could take full advantage of their experience and expertise.

27     14.     Data centers are extremely complex structures.  The backbone of the internet and

28  high-technology economy, they are where companies securely house their computer servers and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 4 -                                          30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  maintain the appropriate climate for them.  Precise construction standards and temperature and

2  humidity controls in these buildings are essential because of the heat that rows upon rows

3  containing racks upon racks of servers generate while operating.  This enormous amount of heat

4  can damage the servers if it is not efficiently and effectively removed.

5  15.  Before BRG developed its innovative approach, it analyzed the market and found

6  that companies that were then providing large, enterprise-level data centers used a standard "stick

7  built" approach to construction.  In other words, the data centers were built traditionally by a

8  large team that included architects and consultants who would develop the design for the data

9  centers, general contractors to supervise construction, specialist sub-contractors, mechanical and

10  structural engineers, cost managers, on-site tradesmen, and more.

11  16.  Using its existing expertise in constructing mission critical modular facilities,

12  BRG set out to develop a better, faster, and more cost-effective way to build, deliver, and install

13  large, mission-critical data centers.  BRG devoted substantial resources to refining its methods

14  and designs.  The resulting innovations, designs, know-how and technological developments are

15  collectively embodied in the BRG Methodology and a data center product called the

16  "BladeRoom."

17  17.  The BRG Methodology offers many benefits over traditional methods of

18  construction.  Using the BRG Methodology, BRG can construct large, enterprise-level data

19  centers

20

21

22

23

24

25

26

27  18.  BRG installed its first data centers in 2009, and the company has grown rapidly

28  since that time.  Due to the innovation and benefits offered by the BRG Methodology, BRG has

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  achieved significant success, and today there are over 40 BladeRooms built by BRG operating on

2  four continents, which are used by national governments and some of the world's most

3  prestigious and well-known companies.  BRG's innovations have been recognized with industry

4  awards, including the Green Enterprise IT award from the Uptime Institute, a well-known

5  standard-setting organization within the data center industry.

6       19.     The BRG Methodology involves information, compilations, techniques, designs,

7  know-how, methods, and processes that are trade secrets.  The specific trade secrets included

8  within the BRG Methodology that Plaintiffs believe Facebook has misappropriated are explained

9  in detail in the October 30, 2015 Disclosure of Plaintiffs' Trade Secrets Under California Code of

10  Civil Procedure § 2019.210, attached as Exhibit B.  A declaration supporting the disclosure by

11  Paul Rogers, BRG's Chief Executive Officer, is attached as Exhibit C.  Plaintiffs served Exhibits

12  B and C on Facebook on October 30, 2015.  In a telephone conference between both parties'

13  counsel on November 5, Facebook's counsel represented that Facebook would not contest the

14  sufficiency of the disclosure of trade secrets and that discovery was open.  The parties have

15  engaged in discovery since that time.

16       20.     Some aspects of the BRG Methodology are the subject of granted patents and

17  pending patent applications, while others are kept as trade secrets or confidential and proprietary

18  information.  However, the trade secrets identified in Exhibit B were not publicly known in the

19  data center construction industry at the time BRG disclosed them to Facebook.  (*See* Ex. C ¶¶ 2–

20  7.)  Plaintiffs developed their intellectual property over several years at great effort and expense.

21  Bripco (UK) owns the trade secrets, know-how, trademarks, design rights, and confidential

22  proprietary information, while BRG is its licensee.

23       21.     Bripco (UK) and BRG protect Bripco (UK)'s trade secrets and confidential and

24  proprietary information—including the trade secrets identified in Exhibit B—by limiting the

25  content of any public disclosure and ensuring that private disclosure to potential clients, suppliers,

26  and others is covered by non-disclosure agreements.  Computer systems containing the trade

27  secrets are password-protected.  Facilities where the trade secrets are stored are physically

28  secured.  Visitors are prevented from accessing the trade secrets unless under a non-disclosure

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 6 -

30692\5182413.8

FIRST AMENDED COMPLAINT

agreement.  Employee access to the trade secrets is limited to those employees with a need to know.  Employees must sign agreements requiring them to keep confidential trade secrets and proprietary information they learn in BRG's employ and requiring the return of any trade secrets and proprietary information materials at the termination of employment.

███████████████████████████████████

22.     In late October 2011, BRG was confident in its growing global reputation, and it contacted Facebook to promote BladeRooms and the BRG Methodology.  Facebook, at least initially, was reluctant to engage with BRG and was dismissive of the idea that a pre-fabricated, modular data center could meet Facebook's needs.  Facebook expressed satisfaction and confidence that it had already found the right approach, which was a traditional stick-built approach, and it directed BRG to view what it had published around six months earlier when it had publicly announced the completion of its first company-owned data center in Prineville, Oregon.  But BRG had much to offer Facebook, and soon Facebook agreed to further discussions with BRG to learn more about the BRG Methodology.

23.     ████████████████████████████████████████

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT



Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1

2

3   ***BRG's Confidential Disclosures of the BRG Methodology to Facebook and Facebook's***
4   ***Partners***

        31. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Facebook urgently

5   requested a written proposal to supply BladeRooms for a Facebook data center in North Carolina.

6   BRG responded with a detailed proposal on November 25, 2011, which it marked

7   "COMMERCIAL IN CONFIDENCE."  The proposal included details about the BRG

8   Methodology, including Bripco (UK) trade secrets.  For example, the proposal included

9

10

11

12

13

14

15

16

17      32.     Feedback from Facebook on this proposal was positive, and Facebook quickly

18  began asking to learn even more details about the BRG Methodology.  On March 15, 2012, BRG

19  met with Jay Park (Facebook's Director of Data Center Design and Construction) and Marco

20  Magarelli (Facebook's Senior Design Engineering Manager) in Facebook's offices in Palo Alto,

21  California to discuss Facebook's interest in using BladeRooms at its various data center sites,

22  including in the forthcoming second phase of its data center campus in Luleå, Sweden.

23      33.     Eight days later, on March 23, 2012, Jay Park and Tom Furlong (Facebook's Vice

24  President of Site Operations) traveled to England to meet with BRG in person.  During their visit,

25  BRG provided Mr. Park and Mr. Furlong with more written materials about BladeRooms and the

26  BRG Methodology.  These materials were also marked "COMMERCIAL IN CONFIDENCE,"

27  and they included further confidential information and trade secrets, including: ▮▮▮▮▮▮

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 9 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████

3 ██████████████████ So that Facebook's senior personnel could see for themselves what the BRG

4 Methodology was already delivering in practice to BRG's clients around the world and to

5 illustrate to them that the BRG Methodology could successfully provide the kind of enterprise-

6 level data centers that Facebook required, BRG also took Mr. Park and Mr. Furlong on a tour of

7 an operating BladeRoom to prove the technology.  This tour of a large-scale, fully operational

8 data center campus employing multiple BladeRoom data halls included a confidential discussion

9 with BRG's client operating the BladeRoom, demonstrating to Facebook that the BRG

10 Methodology was successful in practice, commercially viable, and suitable to the needs of large,

11 multinational clients.

12      34.     Visibly impressed with the operational BladeRoom and the innovative BRG

13 Methodology, Facebook continued to request yet more detailed confidential information from

14 BRG.  In particular, at the conclusion of the March 23 visit, Mr. Park suggested that the next step

15 should be for a team of Facebook design and engineering staff to travel to BRG in England for an

16 in-depth workshop with BRG's technical teams to enable Facebook to learn more and for both

17 parties to collaboratively determine the technical details of how the BRG Methodology and

18 BladeRooms could be used to meet Facebook's data center needs.

19      35.     While the parties exchanged communications to arrange for the in-depth workshop

20 that Mr. Park had proposed, Facebook took yet more steps to learn further details about the BRG

21 Methodology.  On May 29 and May 30, 2012, at Facebook's invitation, BRG attended a two-day

22 meeting at the Facebook data center campus in Prineville.  BRG had been told that the purpose of

23 the meeting was for BRG to survey and physically see the functionality of a Facebook data center

24 and meet Facebook's lead architect and engineers.  On information and belief, Facebook was also

25 working on a modular design for a new data center for its Prineville data center campus, and it

26 wished to learn whether BRG's designs and technology could meet its needs for that installation.

27 However, at the meeting, BRG's personnel were surprised to find present not only Facebook's in-

28 house architect and engineers but also a team of third party architects and general contractors that

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 10 -

30692\5182413.8

FIRST AMENDED COMPLAINT

1  had helped build Facebook's previous data center at Prineville.  These included representatives

2  from architectural and construction firms SP Arch, AlfaTech, and Fortis.  Facebook asked BRG

3  to present and discuss BladeRooms and the BRG Methodology with these Facebook contractors,

4  which BRG did, again disclosing trade secrets and additional confidential information ████

5  ████████████████████████ Facebook told the BRG representatives at this

6  meeting that BRG would be asked to submit a proposal for delivery of an expansion to

7  Facebook's Prineville data center campus using BladeRooms.  Because these third party

8  architects and general contractors were Facebook's ████████ any disclosures to them were

9  ████████████████████████

10       36.       After inducing BRG to disclose confidential information and trade secrets to its

11  construction consultant, Fortis, Facebook solicited bids for the construction of the new data center

12  at Prineville.  On information and belief, with Facebook's knowledge, Fortis submitted a proposal

13  to Facebook that relied on confidential information BRG had disclosed ████████████

14  ████████during the May 2012 meeting and in other BRG materials provided to Facebook.  On

15  information and belief, Facebook later accepted Fortis' proposal that relied on confidential BRG

16  information and awarded Fortis a contract to construct the new data center at Prineville.

17       37.       BRG was not aware at the time that, as a result of Facebook's actions, Fortis

18  would misuse BRG's confidential information in preparing a bid for the Prineville data center.

19  BRG continued to collaborate with Facebook and prepare for the in-depth workshop that Mr. Park

20  had proposed.  The intensive workshop began on June 19, 2012, with BRG hosting a team from

21  Facebook that included Mr. Magarelli and two other Facebook employees involved in Facebook's

22  data center design and engineering efforts, Tin Tse and Paul Hsu (Facebook's Director of Data

23  Center Strategic Engineering).

24       38.       By the end of the intensive workshop on June 21, 2012, the Facebook team had

25  toured a large-scale, fully operational data center campus employing multiple BladeRoom data

26  halls and been provided with full access to BRG's operations, including a detailed walkthrough of

27  an operational BladeRoom; a tour of the BRG assembly facility, including inspection of the

28  assembly process; review of BladeRoom manuals; and an intensive meeting that included a line-

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 11 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

by-line comparison of the components and systems employed in BladeRooms versus those in Facebook's data centers.  They also received additional documentation from BRG, again marked "COMMERCIAL IN CONFIDENCE," that included Bripco (UK) trade secrets and confidential information, including: ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████ Together, these materials, discussions, and demonstrations disclosed almost every aspect of the BRG Methodology.

39.     The BRG and Facebook engineering teams collaborated in great technical detail throughout the workshop at BRG's facilities.  Near the end of these meetings, Mr. Magarelli told BRG's representatives: "The only thing more impressive than your product is your business."  He said that he could see Facebook using BRG's technology on a large scale.

40.     During the workshop, the BRG and Facebook engineering teams playfully referenced Ikea's approach of flat-packing and home assembly of furniture to summarize  the BRG Methodology and how it greatly simplified the very complex task of constructing warehouse-sized data centers.  After the end of the workshop had concluded, the BRG team emailed Mr. Magarelli and the Facebook team and included an image of an Ikea Allen key as a light-hearted memento of the visit.

41.     ██████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████ Around June 2012, Emerson sold data centers that were built out of pre-constructed volumetric boxes.  Under this approach, multiple finished boxes are shipped to the construction site and located together to form the finished data center.  BRG had used a volumetric box approach in 2009 and 2010 but found that it would not be an effective method for constructing warehouse-sized data centers.  BRG invented the BRG Methodology to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

FIRST AMENDED COMPLAINT

1  provide an innovative solution for modular construction of warehouse-sized data centers that was

2  different than any other approach available on the market.

3       42.    █████████████████████████████████████████████████

4  ███████████████████████████████████████████████████████

5  ███████████████████████████████████████████████████

6  ███████████████████████████████████████████████████████

7  ████████████████████████████ BRG never imagined that Facebook would end up

8  stealing the BRG Methodology and partnering with Emerson to construct its data centers using

9  BRG's trade secrets and confidential information.

10      43.    ████████████████████████████████████████████████████

11 ██████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ██████████████████████████████████████████████████████

15 ████████████████████████████████████████████████

16 ██████████████████████████████████████████████████████

17 ██████████████████████████████████████████████████████

18 ███████

19      44.    Without disclosing it to BRG, on information and belief, the Facebook team left

20 the workshop at the end of the third day and immediately traveled to a pre-arranged, clandestine

21 meeting with Emerson's representatives in London on the evening of June 21, 2012.  On

22 information and belief, at this meeting, Emerson and Facebook discussed the BRG Methodology

23 and compared notes on what each had learned from BRG's confidential disclosures to them.

24      45.    Facebook continued to indicate that it was interested in partnering with BRG to

25 meet its future data center needs, and it continued to request more proposals and more

26 information from BRG.  In July 2012, in response to Facebook's requests, BRG submitted two

27 more lengthy and detailed proposals for the delivery of BladeRooms at Facebook's sites in

28 Prineville and Luleå.  Each proposal, like the written presentation materials about BladeRooms

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

that BRG had previously provided to Facebook, were marked "COMMERCIAL IN CONFIDENCE," and included Bripco (UK) trade secrets and confidential information about the BRG Methodology, including: ███████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████

46.     In addition to the communications described above, BRG disclosed to Facebook Bripco (UK) trade secrets and confidential information, including but not limited to ████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████

***Facebook Partners with Emerson to Build the Second Phase of Its Data Center Campus in Luleå***

47.     Despite visiting BRG twice, soliciting numerous proposals, and conducting many meetings and calls with BRG, Facebook never placed an order for BladeRooms with BRG. Instead, Facebook, together with Emerson, simply stole the BRG Methodology and passed it off as its own.  In May 2014, Facebook announced that it had awarded Emerson a contract to construct a pre-fabricated, modular data center for the second phase of its Luleå, Sweden campus. On information and belief, the design and construction process for the Luleå phase two data center that Emerson has constructed for Facebook incorporates Bripco (UK) trade secrets and other confidential information about the BRG Methodology.

48.     Publicly available information about the construction of the data hall of phase two of the Luleå data center campus shows that Facebook is using components of the BRG Methodology and concepts and techniques that BRG developed ████████████████████

████████████████████████████████████ For example, photos of the construction at phase two of the Luleå site show that Facebook used the modular construction techniques

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  disclosed by BRG for this data center instead of the traditional, stick-built approach that

2  Facebook has used for all its previous data centers (including the first phase of the Luleå campus).

3  ████████████████████████████████████████████████████████

4  ██████████████████████████████████████████████████████████

5  ████████████

6  49.  Facebook continued to demonstrate interest in using BRG's technology for data

7  center projects through 2012 and 2013.  For example, in July 2013, Facebook asked BRG to

8  submit an unsolicited proposal for a modular data center, and in October 2013, Facebook asked

9  BRG to submit a proposal involving the BRG Methodology for another data center project in

10 Altoona, Iowa.  BRG is informed and believes that, at around the same time, Facebook engaged

11 Emerson and the architectural firm SP Arch to develop a modular design and construction

12 approach for the Altoona data center using designs and methods that BRG had shared with

13 Facebook.  At Facebook's request, SP Arch produced at least one design for a data center that

14 incorporated confidential and trade secret designs and information that BRG provided to

15 Facebook.

16 ***Facebook Discloses Confidential Information About the BRG Methodology on OpenCompute***

17        *The January 2014 OpenCompute Presentation*

18 50.  Facebook's misdeeds might never have come to light had it decided that simply

19 stealing BRG's intellectual property was enough.  Instead, Facebook went further when it decided

20 to encourage and induce others to use BRG's intellectual property as well by revealing BRG's

21 confidential information through an initiative created by Facebook called the "OpenCompute

22 Project" ("OpenCompute").

23 51.  According to the initiative's website, available at

24 http://www.opencompute.org/about, the goal of OpenCompute is to give the public "full access to

25 the[] specifications" used by Facebook in its data centers in order to "spark a collaborative

26 dialogue" about how to improve its approach to data centers.  Thus, market participants and

27 consumers in the data center industry understand that designs, specifications, methods, and other

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1   information shared through the OpenCompute project have been donated to the public as "open

2   source" material and may be used by others free of charge.

3       52.    Facebook claims to share its data center designs and information openly with the

4   public through OpenCompute in order to induce as many companies as possible to adopt its

5   specifications and to encourage as many suppliers as possible to provide goods and services in

6   compliance with its data center designs.  By promoting widespread adoption of its specifications

7   for data center technology, Facebook seeks a great commercial benefit—reduction in costs and

8   the eventual commoditization of products needed to build data centers as a result of suppliers

9   vying against each other for Facebook's business.  Facebook claims that this approach has saved

10  it billions of dollars.  For example, during a January 28, 2014 Q&A session at an OpenCompute

11  conference, Facebook's CEO, Mark Zuckerberg, was asked why the company decided to make all

12  OpenCompute designs "open source."  As part of his response, Mr. Zuckerberg stated: "In the last

13  three years alone, Facebook has saved more than a billion dollars in building out our

14  infrastructure using OpenCompute designs."  A video of this conversation is available at

15  https://www.youtube.com/watch?v=imwHX_dlpIw&feature=youtu.be.  Mr. Zuckerberg's

16  comment begins at about the 3:42 mark.

17      53.    Similarly, on March 10, 2015, a member of Facebook's engineering department

18  posted online that, through OpenCompute, Facebook had "open-sourced every major physical

19  component of our data center stack," which had "saved us $2 billion in infrastructure costs over

20  the last three years."  The blog post is available here:

21  https://code.facebook.com/posts/1538145769783718/open-compute-project-u-s-summit-2015-

22  facebook-news-recap/.

23      54.    On January 28, 2014, approximately 18 months after attending the in-depth

24  workshop at BRG's facilities in England, Mr. Magarelli made a public presentation at the same

25  OpenCompute forum in San Jose, California where Mr. Zuckerberg made his comments about the

26  cost savings achieved through OpenCompute.  Mr. Magarelli's presentation focused on

27  Facebook's brand new "rapid deployment data center" or "RDDC method."  A video of Mr.

28  Magarelli's presentation was posted to YouTube at

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 16 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1   http://www.youtube.com/watch?v=yu8jin33G64.  Mr. Magarelli's presentation begins around the

2   21:49 mark.

3          55.     In his presentation of the RDDC, Mr. Magarelli explains that Facebook was

4   looking for ways to use construction methods that would allow it to deliver twice the amount of

5   data space in about half the normal time.  Mr. Magarelli explains that many of the concepts

6   underlying the RDDC were developed with "vendors."  He notes that "lean construction

7   approaches are often used in hospital buildings."  On information and belief, BRG is the only

8   supplier of modular data centers whose predecessors also had experience delivering modular

9   hospital buildings.

10         56.     The RDDC method that Mr. Magarelli describes is the BRG Methodology that

11  Facebook stole and re-marketed with a different name.

12         57.     For example, in his presentation, Mr. Magarelli states that Facebook considered

13  ███████████████ but they ████████████████████ Instead, the RDDC method

14  calls for building ████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████

17         58.     Mr. Magarelli's presentation shows that Facebook's RDDC copied BRG's █

18  ███████████████ too, even using the exact same language to describe this structure. ██

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████

22  ████████████████████████████████████████████

23  ████████████████████████████████████

24         59.     Mr. Magarelli's presentation also shows an animation of ███████████

25  ████████████████████████████████████████████

26  ████████████████████████████████████████████████████

27  ████████████████████████████████████████████████

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1 ██████████████████████████████████████████████

2 ████████████████████████

3     60.    Mr. Magarelli states: ████████████████████████

4 ██████████████████████████████████████████████

5 ████████████

6     61.    Mr. Magarelli further states that the RDDC method provides ████████

7 ██████████████████████████████████████████████

8 ██████████████████████████████████████████

9 ██████████

10    62.    ████████████████████████████████████████

11 ██████████████████████████████████████████████

12 ██████████████████████████████████████████

13 ████████████████████     In his presentation, Mr. Magarelli compares this to the "Ikea

14 model" for shipping products, an apparent reference to the discussions between Facebook and

15 BRG during the June 2012 workshop.

16    63.    RDDC, as presented by Mr. Magarelli, is copied from the BRG Methodology. ██

17 ██████████████████████████████████████████████

18 ██████████████████████████████████████████████

19 ████████But Mr. Magarelli does not mention BRG or BladeRooms in his presentation.

20    64.    Facebook's actions have caused direct competitive harm to BRG.  Facebook, on its

21 own and in collaboration with Emerson, stole the BRG Methodology, called it by another name

22 (RDDC), then passed off the BRG Methodology as its own.  At the OpenCompute presentation,

23 Facebook portrayed RDDC as its own method for the modular construction of warehouse-sized

24 data centers.  Facebook took the BRG Methodology, disclosed it to the public as RDDC, and

25 encouraged the data center industry to take the BRG Methodology and further develop it to build

26 the data centers of the future.  By claiming that RDDC is its own methodology, Facebook has

27 positioned itself as an innovator of data center construction in direct competition with BRG.

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 18 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

65.     Facebook also encouraged and induced Emerson, a global company with vast resources, to adopt RDDC and offer it to the public in direct competition with BRG.  In its 2014 Annual Report to shareholders, Emerson states that it "collaborated with Facebook to create the new 'rapid deployment data center' (RDDC)."  Whereas before Facebook's acts, BRG was the only company in the world offering its unique Methodology, Emerson now seeks to expand its practice, publicly offering to construct warehouse-sized data centers using the RDDC method. Emerson boasts that this "new-to-the world data center approach . . . combines the best of factory-built components with lean construction techniques, resulting in a data center that is more efficient, uses less material and deploys faster."  In the same annual report, Emerson projects "near-term improvement in the data center business."

### *The March 2014 OpenCompute Blog Post*

66.     Facebook continued to misuse and misappropriate BRG's confidential information and Bripco (UK)'s trade secrets.  On March 7, 2014, Mr. Magarelli also authored and published an OpenCompute blog post about or RDDC that provides further details showing it is a copy of the BRG Methodology.  The blog post may be accessed at http://www.opencompute.org/blog/faster-leaner-smarter-better-data-centers.

67.     In his blog post, Mr. Magarelli claims that the RDDC concept began with what he terms as a "hack": "In October 2012, our data center strategic engineering and development team and several experts in lean construction came together to hack on a design for a data center that would look less like a construction project and more like a manufactured product."  The blog post further confirms that RDDC, as described by Mr. Magarelli in his presentation and blog post, is nothing more than the BRG Methodology re-packaged and offered by Facebook.

68.     For example, the blog describes additional details of ████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1 ███████████████████████████████████████████████

2 ██████████████████████████████████

3       69.     Mr. Magarelli's blog post also describes RDDC's use of ███████████

4 ████████████

5       70.     ████████████████████████████████████████████████

6 ████████████████████████████████████████████████

7 ████████████████████████████████████████████████████

8 ██████████████████████████████████████████████████████

9 █████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ███████████████████████

12       71.     Some of the hoped-for benefits of RDDC that Mr. Magarelli cites in his blog post

13 include ████████████████████████████████████████

14 ████████████████████████████████████████

15 █████████████████████████████████████████████

16 █████████████████████████████████████████

17 █████████████████████████████████████████

18 █████████████████████████████████████████

19 ████████████████████████████████████████████

20 ████████████████████████████████ These are all benefits that BRG taught

21 Facebook that could be achieved using the BRG Methodology.  Mr. Magarelli concludes his blog

22 post with news that Facebook planned to use the RDDC designs in the construction of their

23 second data center in Luleå.  The blog post emphasizes that Facebook's RDDC is a "new

24 approach to data center design."

25       72.     Three days after Mr. Magarelli published his blog post about RDDC, ██████

26 ██████████████████████████████████████████████████████

27 █████████████████████████████████████████████████████

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1 ██████████████████████████████████████████████████████████████

2 ████████████████████

3    73.   ████████████████████████████████████████████████████████

4 ██████████████████████████████████████████████████████████████

5 ██████████████████████████████████████████████████████████████████

6 ███████████████████████████  Again, Mr. Magarelli does not mention BRG or BladeRooms

7 in his blog post or make any attempt to attribute or credit BRG for the innovative new approach

8 he falsely claimed was Facebook's.

9    74.   Mr. Magarelli's January presentation and March blog post do not disclose

10 Facebook's own methodology, but rather the BRG Methodology, including BRG's confidential

11 and trade secret information █████████████████████████████████████████████████████

12 ███████████████████████████████████████████████████████

13 ██████████████████████████████████████████████████████████████

14 ████████████████████████████  On information and belief, dozens of companies that are

15 consumers in the market for data center design sent representatives to the OpenCompute forum

16 where Mr. Magarelli made his announcement in January 2014.  Mr. Magarelli's presentation and

17 his blog post were also widely covered in the data center industry media, where BRG's

18 competitors in data center design and construction and additional consumers in the data center

19 design market learned of his statements about RDDC.

20    75.   On information and belief, at the time he made the statements concerning RDDC

21 in his OpenCompute presentation and blog post, Mr. Magarelli knew that RDDC was a copy of

22 the BRG Methodology and that it incorporated confidential and trade secret information that

23 Facebook had obtained from BRG.  Mr. Magarelli was present at the workshop with BRG in June

24 2012, and he personally learned BRG confidential and trade secret information in the form of

25 presentations, written materials, and factory and site visits, among other things.

26    76.   On information and belief, Mr. Magarelli was acting within the scope of his

27 employment and was acting as a Facebook agent and representative at all times mentioned in this

28 Complaint.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**FIRST CAUSE OF ACTION**

**(Breach of Contract)**

77.     Plaintiffs incorporate by reference as though set forth herein each of the preceding allegations of Paragraphs 1 through 76 of this Complaint.

78.     ███████████████████████████████████████████

████████████████████████████████████████████████████████

██     ████████████████████████████████████████████

███████████████████████████████████████████

██     ███████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

█████

81.     In the alternative, to the extent that Facebook did not breach any term of ████

████████████████████ it breached the covenant of good faith and fair dealing by unfairly interfering with Plaintiffs' right to receive the benefit of the contract.  The parties contemplated that one of the benefits of ████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

█████

82.     As a direct and proximate result of Facebook's breaches of ████████████

██████████ (or, alternatively, of the covenant of good faith and fair dealing), BRG has suffered damages, and Facebook has been unjustly enriched, in an amount to be determined at trial.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 22 -

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

83.     Facebook's breaches have caused and continue to cause BRG irreparable harm that cannot be fully redressed through damages alone.  An injunction as set forth herein is necessary to provide BRG with complete relief.

**SECOND CAUSE OF ACTION**

**(Misappropriation of Trade Secrets)**

84.     Plaintiffs incorporate by reference as though set forth herein each of the preceding allegations of Paragraphs 1 through 76 of this Complaint.

85.     Plaintiff Bripco (UK) is the owner of trade secrets as defined by California's Uniform Trade Secrets Act, Civil Code sections 3426–3426.11.

86.     Plaintiff Bripco (UK)'s trade secrets include but are not limited to information regarding ███████████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████ The specific trade secrets that, at this time, Plaintiffs believe Facebook has misappropriated are identified in Exhibit B, and supporting facts concerning the secrecy of the trade secrets at the time of disclosure are provided in Exhibit C.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

87.     Bripco (UK)'s trade secrets derive independent actual and potential economic value from not being generally known or available to the public or other persons who can obtain economic value from their disclosure or use.

88.     Bripco (UK)'s trade secrets have significant value, resulting from significant investment of time and resources.

89.     Bripco (UK) and BRG have made, and continue to make, efforts that are reasonable under the circumstances to maintain the secrecy of its trade secrets.

90.     The Bripco (UK) trade secrets identified in Exhibit B were trade secrets at the time that they were ███████████████████████████████████

91.     Facebook improperly used Bripco (UK)'s trade secrets without Bripco (UK)'s consent and at the time of such use, knew, or had reason to know that its knowledge of Bripco (UK)'s trade secrets ████████████████████████████████████ ██████████████████████████████████████ Facebook improperly used Bripco (UK)'s trade secrets, for example, in its development of its RDDC, which it deployed and plans to deploy on its own or with the assistance of third parties.

92.     Facebook improperly disclosed Bripco (UK)'s trade secrets without Bripco (UK)'s consent and at the time of such disclosure, knew or had reason to know that its knowledge of Bripco (UK)'s trade secrets ████████████████████████████ ████████████████████████████████████ For example, on information and belief, Facebook disclosed Bripco (UK)'s trade secrets to Emerson and employed Bripco (UK)'s trade secrets in its construction of the second phase of its Luleå data center campus.  Facebook also disclosed Bripco (UK)'s trade secrets to its architecture consultant, SP Arch, and asked SP Arch to incorporate elements of Bripco (UK)'s trade secrets into a design for a Facebook data center.  Facebook also improperly disclosed Bripco (UK)'s trade secrets when it disclosed to various potential contractors its design for the second phase of Facebook's Luleå data center campus.

93.     As a natural and proximate result of Facebook's misappropriation, Plaintiffs have suffered injury and harm.  For example, as a direct consequence of Facebook's actions, Emerson

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  is now offering to construct warehouse-sized data centers using BRG's methodology in direct

2  competition with BRG, whereas before, BRG was the only company in the world offering its

3  methodology.  In addition, BRG's reputation and business have been harmed by Facebook's

4  misappropriation and subsequent sharing of BRG's information to BRG's competitors, including

5  any potential loss of customers due to Facebook's actions.  Facebook's actions also harmed

6  BRG's reputation as an innovative company offering a brand new, unique methodology for

7  constructing warehouse-sized data centers.

8       94.     Facebook has been unjustly enriched, in amounts according to proof.  Facebook

9  benefitted from the information BRG provided it in multiple ways.  Facebook used the

10  information and the confidence in BRG's concepts it had gained from the proof of concept visits

11  to inspire, direct, and develop the designs for phase two its data center campus in Luleå, Sweden.

12  Facebook also copied the BRG Methodology and presented it as its own, calling it RDDC,

13  resulting in an enhancement of Facebook's reputation as an innovator in data center design.

14      95.     Facebook's benefit came at BRG's expense.  Because Facebook failed to identify

15  the BRG Methodology and instead called it RDDC, BRG's reputation as an innovator in data

16  center design was not enhanced whereas Facebook's was.  On information and belief, Facebook's

17  public disclosures and endorsement of BRG's methods and practices without acknowledging

18  BRG's rights over them has also inspired, encouraged, and given confidence to competitors

19  (including Emerson) to use the BRG Methodology in competition with BRG.  Additionally, it

20  would have taken Facebook much longer and cost Facebook much more money to develop the

21  design for its Luleå and other data center campuses had it not misused BRG's methods and

22  approach for its own benefit.

23      96.     Facebook has never compensated BRG for the benefit that it received from BRG.

24      97.     Facebook's trade secret misappropriation has caused and continues to cause

25  Bripco (UK) irreparable harm that cannot be fully redressed through damages alone.  An

26  injunction as set forth herein is necessary to provide Bripco (UK) with complete relief.

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 25 -                                30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

98.     In misappropriating Bripco (UK)'s trade secrets, Facebook acted willfully and maliciously.  Bripco (UK) is thus entitled to punitive and exemplary damages against Facebook pursuant to section 3426.3(c) of the Civil Code.

### THIRD CAUSE OF ACTION

### (Violation of the Lanham Act, 15 U.S.C. § 1125)

99.     Plaintiffs incorporate by reference as though set forth herein each of the preceding allegations of Paragraphs 1 through 76 of this Complaint.

100.    Facebook's acts described above violate the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

101.    Facebook falsely identified itself and its contractors as the origin of RDDC.  In reality, RDDC is the BRG Methodology, falsely re-labeled and presented to the public by Facebook.  Facebook obtained the BRG Methodology from BRG, renamed it RDDC, and falsely passed off this method as its own.

102.    Facebook's acts are likely to cause confusion as to the true origin of RDDC. Consumers in the data center industry viewing Mr. Magarelli's presentation or blog post would probably assume that RDDC is associated with Facebook.

103.    Facebook's acts have harmed Plaintiffs.  By portraying itself as an innovator of data center design and providing RDDC to the OpenCompute community and the public in general, Facebook competes with BRG as a data center design provider and innovator.  With its business partners, BRG provides to its data center customers a complete service from design to manufacturing and assembly of the data center.  BRG also licenses the BRG Methodology to data center customers and data center providers.  Facebook destroyed BRG's licensing market by providing through the OpenCompute forum the core components of BRG's Methodology to data center customers and data center providers.  BRG has also suffered loss of goodwill and loss of reputation because potential customers are unlikely to view the BRG Methodology as innovative or proprietary to BRG.

### FOURTH CAUSE OF ACTION

### (Unfair Business Practices/Unfair Competition,

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**Bus. and Prof. Code § 17200, *et seq.*)**

104.     Plaintiffs incorporate by reference as though set forth herein each of the preceding allegations of Paragraphs 1 through 76 of this Complaint.

105.     Facebook's acts described above constitute unfair business practices and unfair competition as defined by California Business & Professions Code § 17200, *et seq.*

106.     In particular, at least the following acts by Facebook were unlawful business acts: Facebook's use of Bripco (UK)'s trade secrets to develop and direct its RDDC approach, which it deployed and plans to deploy on its own or with the assistance of third parties; its inducement of BRG to disclose Bripco (UK) trade secrets to BRG's competitors, such as SP Arch, AlfaTech, and Fortis; its discussion of Bripco (UK) trade secrets with Emerson without authorization; its disclosure of Bripco (UK) trade secrets to other contractors; its disclosure of BRG's confidential information to the world through its OpenCompute presentation and blog post; and its efforts to pass off the BRG Methodology as its own, rather than as Plaintiffs'.

107.     In addition, at least the following acts by Facebook were unfair business acts: By portraying itself as an innovator of data center design and providing the plans for RDDC to the OpenCompute community and the public in general, Facebook competes with BRG as a data center design provider and innovator.  With its business partners, BRG provides to its data center customers a complete service from design to manufacturing and assembly of the data center. BRG also licenses the BRG Methodology to data center customers and data center providers. Facebook destroyed BRG's licensing market by providing through the OpenCompute forum a copy of the BRG Methodology to data center customers and data center providers.  By passing off the BRG Methodology as its own and encouraging potential BRG competitors to adopt it, Facebook has irreparably damaged fair competition in the market for data center design.  In addition, Facebook directly induced Emerson to become BRG's direct competitor in the modular data center construction market by partnering with Emerson to implement the RDDC approach and by allowing Emerson to offer this approach to other customers.

108.     In addition, Facebook's misappropriation of Bripco (UK)'s trade secrets and its violations of the Lanham Act were unlawful acts.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

30692\5182413.8

FIRST AMENDED COMPLAINT

109.   As a direct and proximate result of Facebook's wrongful conduct, Plaintiffs have been injured in fact.  For example, as a direct consequence of Facebook's actions, Emerson is now offering to construct warehouse-sized data centers using a method in direct competition with BRG, whereas before, BRG was the only company in the world offering its methodology.  Facebook's actions have undermined BRG's ability to fairly compete in both the market for data center design and the market for modular construction of warehouse-sized data centers.  Such harm will continue unless Facebook's acts are enjoined by the Court.  Plaintiffs have no adequate remedy at law for Facebook's continued acts of unfair business practices and unfair competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Facebook as follows:

1.   Damages from Facebook according to proof;

2.   Disgorgement from Facebook of unjust enrichment according to proof;

3.   For preliminary and permanent injunctive relief to enjoin Facebook and its agents, servants, and employees, and all persons acting under, in concert with, or for it, from using or disclosing any of Bripco UK's trade secrets, confidential know-how, and proprietary information regarding BladeRooms, in any way;

4.   For preliminary and permanent injunctive relief requiring Facebook and its agents, servants, and employees, and all persons acting under, in concert with, or for it, to return all trade secrets and confidential and proprietary information acquired from Plaintiffs;

5.   For punitive and exemplary damages as may be provided by law;

6.   For Plaintiffs' attorneys' fees and costs as may be provided by law;

7.   For prejudgment and post-judgment interest;

8.   For profits, damages and costs (including treble damages), and attorneys' fees under 15 U.S.C. § 1117(a); and

9.   For such other relief as the Court may deem just and proper.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 28 -

30692\5182413.8

FIRST AMENDED COMPLAINT

1   December 29, 2015                          FARELLA BRAUN + MARTEL LLP

2

3                                             By: /s/ Stephanie P. Skaff
                                                  Stephanie P. Skaff
4
                                              Attorneys for Plaintiff
5                                             BLADEROOM GROUP LIMITED AND
                                              BRIPCO (UK) LIMITED
6

7

8

9

10

11

12                                  **JURY DEMAND**

13          Plaintiffs demand a jury trial on all claims and issues that are so triable.

14   December 29, 2015                          FARELLA BRAUN + MARTEL LLP

15

16                                            By: /s/ Stephanie P. Skaff
                                                  Stephanie P. Skaff
17
                                              Attorneys for Plaintiff
18                                            BLADEROOM GROUP LIMITED AND
                                              BRIPCO (UK) LIMITED
19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 29 -                                30692\5182413.8

FIRST AMENDED COMPLAINT

Stephanie P. Skaff (State Bar No. 183119)
    sskaff@fbm.com
Alex Reese (State Bar No. 280530)
    areese@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED AND BRIPCO
(UK) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., | Case No.  5:15-cv-01370-EJD |
| Plaintiffs, | **EXHIBIT A** |
| vs. | **TO FIRST AMENDED COMPLAINT FOR** |
| FACEBOOK, INC. | **(1) BREACH OF CONTRACT;** |
| Defendant. | **(2) MISAPPROPRIATION OF TRADE SECRETS;** |
| | **(3) VIOLATION OF THE LANHAM ACT (15 U.S.C. § 1125); and** |
| | **(4) UNFAIR BUSINESS PRACTICES/UNFAIR COMPETITION** |

**DOCUMENT SOUGHT TO BE SEALED**

1   Stephanie P. Skaff (State Bar No. 183119)
        sskaff@fbm.com
2   Alex Reese (State Bar No. 280530)
        areese@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Plaintiffs
    BLADEROOM GROUP LIMITED AND BRIPCO
7   (UK) LIMITED

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12
    BLADEROOM GROUP LIMITED, et al.,      Case No.  5:15-cv-01370-EJD
13
                    Plaintiffs,           **EXHIBIT B**
14
            vs.                           **TO FIRST AMENDED COMPLAINT FOR**
15
    FACEBOOK, INC.                        **(1) BREACH OF CONTRACT;**
16
                    Defendant.            **(2) MISAPPROPRIATION OF TRADE**
17                                        **SECRETS;**

18                                        **(3) VIOLATION OF THE LANHAM ACT**
                                          **(15 U.S.C. § 1125); and**
19
                                          **(4) UNFAIR BUSINESS**
20                                        **PRACTICES/UNFAIR COMPETITION**

21

22

23               **DOCUMENT SOUGHT TO BE SEALED**

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400                    EXHIBIT B TO FIRST AMENDED COMPLAINT

1   Stephanie P. Skaff (State Bar No. 183119)
        sskaff@fbm.com
2   Alex Reese (State Bar No. 280530)
        areese@fbm.com
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Plaintiffs
    BLADEROOM GROUP LIMITED AND BRIPCO
7   (UK) LIMITED

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13   BLADEROOM GROUP LIMITED, et al.,        Case No.  5:15-cv-01370-EJD

14              Plaintiffs,                   **EXHIBIT C**

15       vs.                                  **TO FIRST AMENDED COMPLAINT FOR**

16   FACEBOOK, INC.                           **(1) BREACH OF CONTRACT;**

17              Defendant.                    **(2) MISAPPROPRIATION OF TRADE
                                              SECRETS;**

18                                            **(3) VIOLATION OF THE LANHAM ACT
                                              (15 U.S.C. § 1125); and**

19
                                              **(4) UNFAIR BUSINESS
20                                            PRACTICES/UNFAIR COMPETITION**

21

22

23                     **DOCUMENT SOUGHT TO BE SEALED**

24

25

26

27

28