Stephanie P. Skaff (State Bar No. 183119)
  sskaff@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Alex Reese (State Bar No. 280530)
  areese@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
BLADEROOM GROUP LIMITED AND BRIPCO (UK) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED and BRIPCO (UK) LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 15-cv-01370 EJD<br><br>**[PROPOSED]** ORDER DENYING EMERSON NETWORK POWER SOLUTIONS, INC., EMERSON ELECTRIC COMPANY AND LIEBERT CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO APPEAR AT APRIL 21, 2016 HEARING<br><br>Judge:  Hon. Edward J. Davila<br>Ctrm:   4, 5th Floor |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER DENYING EMERSON'S MOTION FOR LEAVE TO APPEAR - CASE NO. 15-CV-01370 EJD

30692\5411533.1

1  The Court, having read and considered the Motion for Administrative Relief for Leave to Appear at April 21, 2016 Hearing filed by Third Parties Emerson Network Power Solutions, Inc., Emerson Electric Company and Liebert Corporation (the "Administrative Motion"); Plaintiffs' Response to the Administrative Motion; and all other submissions regarding the Administrative Motion, hereby DENIES the Administrative Motion.

Dated: April 13, 2016

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER DENYING
EMERSON'S MOTION FOR LEAVE TO
APPEAR - CASE NO. 15-CV-01370 EJD

30692\5411533.1