UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-01370-EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 6**<br><br>Re: Dkt. No. 176 |

In this action, plaintiffs seek damages for alleged misappropriation of trade secrets. In DDJR #6, plaintiffs seek an order requiring the Emerson defendants to answer Interrogatory No. 11: "Identify any trade secret listed in BRG's Disclosure of Trade Secrets Under California Code of Civil procedure §2019.210 ["§ 2019.210 statement"] that you contend was known or used in the public before BRG disclosed that trade secret to you, and identify all facts, documents, and witnesses that support or contradict your contention." (Dkt. 175-3 at 2).

The Emerson defendants objected to answering No. 11 on the grounds that (1) it was premature because the presiding judge had not yet ruled on their motion to dismiss the misappropriation claim for relief, and (2) the plaintiffs' § 2019.210 statement merely generally describes the features of any data center and omits detailed specifications and descriptions that would make their features unique.

Since DDJR #6 was filed, the presiding judge did rule on the Emerson defendants' motion

to dismiss. He denied it. That ruling shoots down the first objection.

As for the second objection, it does seem to this court that plaintiffs describe their claimed trade secrets in their § 2019.210 statement with quite a broad brush. However, the normal remedy for that, if a remedy is needed, is a motion to require plaintiffs to submit more particularized disclosures. None of the defendants have filed such a motion.

Close of discovery is not far off, and it is time for the Emerson defendants to answer, as best they can, Interrogatory No. 11. Of course, they can supplement their answer later as additional information becomes known. Their answer is due 10 days after this order is filed.

SO ORDERED.

Dated: February 27, 2017

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01370-EJD Notice has been electronically mailed to:

Anthony David Giles     anthony@anthonygiles.com

Elizabeth Lee Stameshkin     lstameshkin@cooley.com

Erik Christopher Olson     eolson@fbm.com, calendar@fbm.com, shunt@fbm.com

Eugene Y. Mar     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

Heidi Lyn Keefe     hkeefe@cooley.com, jmcintosh@cooley.com

James Alexander Reese     areese@fbm.com

Jeffrey M. Fisher     jfisher@fbm.com, calendar@fbm.com, renterig@fbm.com, wpemail@fbm.com

Julia Frederika Kropp     jkropp@fbm.com, bwestburg@fbm.com, calendar@fbm.com

Kristine Anne Forderer     kforderer@cooley.com, rcahill@cooley.com, swarren@cooley.com

Mark Frederick Lambert     mlambert@cooley.com, lalmanza@cooley.com

Mark R. Weinstein     mweinstein@cooley.com, patricia.russell@cooley.com

Matthew David Caplan     mcaplan@cooley.com, smartinez@cooley.com

Melinda Mae Morton     mindy.morton@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com

Michael Graham Rhodes     rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com

Robert H. Sloss     robert.sloss@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com

Robert Thomas Cahill , Jr     rcahill@cooley.com

Stephanie Powers Skaff     sskaff@fbm.com, bwestburg@fbm.com, calendar@fbm.com

3