UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-01370-EJD (HRL)<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 9**<br><br>Re: Dkt. No. 198 |

In Discovery Dispute Joint Report ("DDJR") #9, plaintiffs seek an order requiring the Emerson defendants to produce further documents responsive to Request for Production No. ("RFP") 45. Defendants say they have produced all they have.

The three Emerson defendants are: Emerson Electric Co. ("EEC"), Emerson Network Power Solutions, Inc. ("ENPS"), and Liebert Corporation ("Liebert"). As the court understands it, EEC is the overall parent of a corporate conglomerate. One of EEC's subsidiaries was called Emerson Network Power ("ENP"). ENP itself had various subsidiaries, including ENPS and Liebert.

Plaintiffs contend that the Emerson defendants, in cahoots with defendant Facebook, misappropriated their trade secrets relating to modular data center design and construction. Plaintiffs argue that they have identified the Hyperscale Solutions division of ENPS as the place where those stolen secrets now reside and are being used.

A few months ago, EEC consummated a sale of ENP (which, of course, included ENPS

and the other ENP subsidiaries). Not unexpectedly, for evidence of unjust enrichment, plaintiffs now want to learn how much of the ENP sales price represents the value of plaintiffs' alleged secrets.

The court is told that the same RFP 45 was propounded to the three Emerson defendants. It seeks "financial" information, including valuations, relating to any sale, spin off, or disposition of ENPS.[1]

Eventually, the Emerson defendants produced two documents that showed what part of the sale price of ENP was allocated to ENPS. The allocation was very small. Plaintiffs cry "foul." They want more. Defendants say there is no more that's responsive, and the court understands that is true as to each of the Emerson defendants and any subsidiaries.

In the DDJR, plaintiffs say they want information about the Emerson defendants' "Hyperscale" and "network power" business. That may be, but it occurs to the court that plaintiffs seem to be enlarging the scope of RFP 45, which very specifically asked for financial information relating to a sale or disposition of *ENPS*. It is not clear that plaintiffs would be entitled (on account of proportionality) to information responsive to the seemingly expanded definitions of what they want, but they have not asked for it in RFP 45. Plaintiffs' request is denied.

SO ORDERED.

Dated: March 20, 2017

HOWARD R. LLOYD
United States Magistrate Judge

---

[1] The actual words used in RFP 45 are "Emerson Network Power," but the definitions accompanying the RFP tell the reader that Emerson Network Power is just plaintiffs' shorthand for Emerson Network Power Solutions, Inc.