UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendants. | Case No. 5:15-cv-01370-EJD (HRL) <br><br> **ORDER RE FACEBOOK'S REQUEST FOR REISSUANCE OF AMENDED LETTERS ROGATORY** <br><br> Re: Dkt. No. 245 |

Facebook requests that this court re-issue amended letters rogatory as to 4 witnesses in England. Having reviewed the request, this court is prepared to grant Facebook's request, but notes the following:

1. Section VII.A. of each letter states that written evidence and documents are to be sent to this court. The court has modified this section in each letter to show the court's full street address.

2. Each letter references several exhibits, but Facebook has not provided copies of those exhibits to this court. Nor has Facebook clearly identified (i.e., by docket number) what documents it has in mind, and this court is not going to guess. To the extent Facebook wants the letters to be sent along with the referenced exhibits, it shall provide those exhibits to the court forthwith.

3. With respect to the **redacted** versions of the Vaney and Batchelor letters, this court assumes that Facebook does **not** want those versions to be sent to England, since Facebook does not specifically say so. Accordingly, this court will sign and file the redacted versions as requested, but will not forward them to the court in England.

SO ORDERED.

Dated: April 17, 2017

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-01370-EJD Notice has been electronically mailed to:

Anthony David Giles     anthony@anthonygiles.com

Arjun Sivakumar     asivakumar@brownrudnick.com

Elizabeth Lee Stameshkin     lstameshkin@cooley.com

Erik Christopher Olson     eolson@fbm.com, calendar@fbm.com, shunt@fbm.com

Eugene Y. Mar     emar@fbm.com, calendar@fbm.com, mclaros@fbm.com

Heidi Lyn Keefe     hkeefe@cooley.com, jmcintosh@cooley.com

James Alexander Reese     areese@fbm.com

Jeffrey M. Fisher     jfisher@fbm.com, calendar@fbm.com, renterig@fbm.com, wpemail@fbm.com

Julia Frederika Kropp     jkropp@fbm.com, bwestburg@fbm.com, calendar@fbm.com

Kristine Anne Forderer     kforderer@cooley.com, rcahill@cooley.com, swarren@cooley.com

Mark Frederick Lambert     mlambert@cooley.com, lalmanza@cooley.com

Mark R. Weinstein     mweinstein@cooley.com, patricia.russell@cooley.com

Matthew David Caplan     mcaplan@cooley.com, smartinez@cooley.com

Melinda Mae Morton     mindy.morton@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com

Michael Graham Rhodes     rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com

Robert H. Sloss     robert.sloss@procopio.com, calendaring@procopio.com, gail.poulos@procopio.com

Robert Thomas Cahill , Jr     rcahill@cooley.com

Stephanie Powers Skaff     sskaff@fbm.com, bwestburg@fbm.com, calendar@fbm.com