UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br>Plaintiffs,<br>v.<br>FACEBOOK, INC., et al.,<br>Defendants. | Case No. 5:15-cv-01370-EJD<br><br>**PRETRIAL ORDER** |

The parties to the above-entitled action appeared for a Trial Setting Conference on May 11, 2017. Based on Joint Trial Setting Conference Statement and the discussions held at the Conference, the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the parties shall meet and confer concerning the appointment of a discovery master, and shall file a brief notice updating the court on the outcome of those discussions on or before May 18, 2017.

IT IS FURTHER ORDERED that, on or before May 18, 2017, the parties shall meet and confer concerning an extension of the expert discovery deadlines and shall file a stipulation and proposed order if an agreement is reached. If an agreement cannot be reached, the parties shall present the dispute by administrative motion under Civil Local Rule 7-11 by the same date.

IT IS FURTHER ORDERED that the deadline to complete fact discovery is extended to July 28, 2017, solely for the purpose of completing the depositions of witnesses Lobley, Vaney and Batchelor. The deadline for completion of all other fact discovery remains as set.

IT IS FURTHER ORDERED that the parties shall meet and confer further concerning Plaintiffs' request for additional depositions, and shall make a diligent effort to reach an agreement on that issue. If an agreement cannot be reached, Plaintiffs shall file their request as an administrative motion under Civil Local Rule 7-11. Any such motion must, inter alia, detail who Plaintiffs propose to depose, explain why the depositions are necessary, and estimate when the depositions can be completed.

IT IS HEREBY ORDERED that the following deadlines shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Further Case Management Conference | 10:00 a.m. on August 24, 2017 |
| Updated Joint Case Management Conference Statement | August 17, 2017 |
| Final Pretrial Conference[1] | 11:00 a.m. on March 22, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | March 8, 2018 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms (for Jury Issues) Proposed Findings of Fact and Conclusions of Law (for Bench Issues) | March 12, 2018 |
| Jury Selection | 9:00 a.m. on April 3, 2018 |
| Jury Trial | April 3-4, 2018; April 6, 2018; April 10-11, 2018; April 13, 2018; April 17-18, 2018; April 20, 2018; April 24-25, 2018; April 27, 2018; May 1-2, 2018; May 4, 2018 |
| Jury Deliberations | May 7-11, 2018 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: May 11, 2017

EDWARD J. DAVILA
United States District Judge

---

[1] As noted at the Conference, the trial dates and deadlines are tentative and may need adjustment based on counsels' schedules.

Case No.: 5:15-cv-01370-EJD
PRETRIAL ORDER (JURY)

2