UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., et al., <br><br> Defendants. | Case No. 5:15-cv-01370-EJD (HRL) <br><br> **ORDER SETTING HEARING RE DISCOVERY DISPUTE JOINT REPORT NO. 17** |

The court will hear Discovery Dispute Joint Report (DDJR) No. 17 on **August 9, 2017, 1:30 p.m.** Counsel who signed the DDJR will appear in person.

SO ORDERED.

Dated: August 4, 2017

HOWARD R. LLOYD
United States Magistrate Judge