UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., et al., <br> Defendants. | Case No. 5:15-cv-01370-EJD (HRL) <br><br> **ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 16** <br> Re: Dkt. No. 311 |

In discovery, plaintiffs clawed back certain documents, claiming that they are protected by the attorney-client privilege and the attorney work product doctrine. At issue in Discovery Dispute Joint Report (DDJR) No. 16: whether the subject documents (entries 28-33 and 2595-2599 on plaintiffs' privilege log) truly are protected from discovery. Facebook says that the privilege/work product protections either don't apply or were waived. It seeks an order (1) requiring plaintiffs to produce documents and (2) re-opening the depositions of Andy Godden and Paul Rogers.

With respect to privilege log entries 28-33, the court is underwhelmed by Facebook's showing. Nevertheless, it will conduct an *in camera* review of the withheld documents and produced documents BRG00007423-7426, solely because the court finds that it needs more context to better evaluate the parties' positions. By **5:00 p.m. on Friday, October 27**, plaintiffs

shall lodge these documents with the undersigned's chambers. The court defers ruling on Facebook's request to re-open depositions, pending completion of its *in camera* review.

As for privilege log entries 2595-2599, based on the papers presented, this court is satisfied that the documents properly have been withheld from production. Facebook has not convincingly demonstrated that an *in camera* review is warranted. Facebook's request for production of these documents is denied.

SO ORDERED.

Dated: October 26, 2017

HOWARD R. LLOYD
United States Magistrate Judge