UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FACEBOOK, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-01370-EJD (HRL)<br><br>**ORDER FOLLOWING IN CAMERA REVIEW** |

This court previously directed plaintiffs to submit for an *in camera* review documents withheld as plaintiffs' privilege log entries 28-33, as well as produced documents BRG00007423-7426. (Dkt. 397). Having reviewed the documents, the court finds no basis for waiver of the attorney-client privilege or for application of the crime-fraud exception. Facebook's request for production of documents is denied. No depositions will be re-opened.

SO ORDERED.

Dated: October 30, 2017

HOWARD R. LLOYD
United States Magistrate Judge