UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., <br> Plaintiffs, <br> v. <br> FACEBOOK, INC., et al., <br> Defendants. | Case No. 5:15-cv-01370-EJD (HRL) <br><br> **ORDER RE IN CAMERA REVIEW DOCUMENTS** |

This court having completed the in camera review of plaintiffs' documents in connection with Discovery Dispute Joint Report No. 16 (Dkt. 311), plaintiffs may retrieve the documents; or, alternatively, the court will dispose of them. If plaintiffs prefer to retrieve them, counsel shall contact the undersigned's chambers within a week from the date of this order to arrange a date and time to pick them up.

SO ORDERED.

Dated: November 22, 2017

HOWARD R. LLOYD
United States Magistrate Judge