1

**COOLEY LLP**
MICHAEL G. RHODES (116127)

2

(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)

3

(mcaplan@cooley.com)
101 California Street, 5th Floor

4

San Francisco, CA  94111-5800
Telephone:    (415) 693-2000

5

Facsimile:    (415) 693-2222

6

**COOLEY LLP**
HEIDI L. KEEFE (178960)

7

(hkeefe@cooley.com)
MARK F. LAMBERT (197410)

8

(mlambert@cooley.com)
3175 Hanover Street

9

Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000

10

Facsimile:    (650) 849-7400

11

Attorneys for Defendant
FACEBOOK, INC.

12

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

17

18

BLADEROOM GROUP LIMITED, et al.,

Case No.  15-cv-01370 EJD

19

Plaintiffs,

**Declaration of Matthew D. Caplan  in Support of Defendants' Administrative Motion to File Under Seal Defendants' MIL No. 2**

20

v.

21

FACEBOOK, INC. EMERSON ELECTRIC CO., EMERSON NETWORK POWER SOLUTIONS, INC. and LIEBERT CORPORATION,

22

23

Defendants.

24

25

26

27

28

1.

**Caplan Decl. Iso Facebook's Admin. Mot. to File Documents Under Seal Case No.  15-CV-01370 EJD**

I, Matthew D. Caplan, declare:

1.     I am an attorney with the law firm of Cooley LLP, counsel for Defendant Facebook, Inc. ("Facebook").  I make this declaration in support of Defendant Facebook, Inc.'s ("Facebook") Administrative Motion to File Documents Under Seal Defendants' Motion *in Limine* No. 2.  Except as stated otherwise, I have personal knowledge of the matters set forth in this declaration and could and would testify competently thereto.

2.     Attached hereto as Exhibit A contains the highlighted, unredacted version of Defendants' Motion *in Limine* No. 2, which contains material and references to material that the Parties have designated Confidential or Highly Confidential pursuant to the Stipulated Protective Order (Docket No 54).

I declare under the penalty of perjury under the laws of the United States of America, and the State of California that the foregoing is true and correct.  Executed on March 8, 2018, in San Francisco, California.


   */s/ Matthew D. Caplan*
   Matthew D. Caplan

CAPLAN DECL. ISO FACEBOOK'S ADMIN.
MOT. TO FILE DOCUMENTS UNDER SEAL
CASE NO.  15-CV-01370 EJD