Stephanie P. Skaff (State Bar No. 183119)
  sskaff@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Erik C. Olson (State Bar No. 260452)
  eolson@fbm.com
Alex Reese (State Bar No. 280530)
  areese@fbm.com
Julia F. Kropp (State Bar No. 298363)
  jkropp@fbm.com

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs BLADEROOM GROUP
LIMITED and BRIPCO (UK) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., | Case No. 5:15-cv-01370-EJD |
| Plaintiffs, | **PLAINTIFFS' REVISED PROPOSED JURY INSTRUCTION NO. 56** |
| vs. | |
| FACEBOOK, INC., et al., | |
| Defendants. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLAINTIFFS REVISED PROPOSED
JURY INSTRUCTION NO. 56
Case No. 5:15-cv-01370-EJD
30692\6666247.1

[Proposed by Plaintiffs]

Proposed Jury Instruction No. 56

# INTRODUCTION TO DAMAGES FOR MISAPPROPRIATION AND BREACH OF CONTRACT

If BladeRoom proves that Emerson misappropriated any of its trade secrets or breached its Confidentiality Agreement, then BladeRoom is entitled to recovered damages if the misappropriation or breach caused BladeRoom to suffer actual loss or caused Emerson to be unjustly enriched.

BladeRoom claims damages for (1) Emerson's alleged breach of the Confidentiality Agreement between BladeRoom and Emerson; and (2) Emerson's misappropriation of trade secrets.

For breach of contract, BladeRoom must prove that when the contract was made, both parties knew or could reasonably have foreseen that the harm was likely to occur in the ordinary course of events as result of the breach of the contract.

For misappropriation of trade secrets, the amount of damages must include an award for each item of harm that was caused by Emerson's wrongful conduct, even if the particular harm could not have been anticipated.

BladeRoom claims damages for its lost profits and for unjust enrichment obtained by Emerson. BladeRoom does not have to prove the exact amount of damages for either claim. You must not speculate or guess in awarding damages. You also must not include duplicative amounts.

[*Authority*: Judicial Council of California Civil Jury Instructions (CACI) 350, 3900, and 4409; *Ajaxo, Inc. v. E\*Trade Financial Corp.*, 135 Cal. App. 4th 21, 56-57 (2005).]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

1   Dated: May 4, 2018                              FARELLA BRAUN + MARTEL LLP

3                                                   By:   */s/ Stephanie P. Skaff*
                                                          Stephanie P. Skaff

                                                    Attorneys for Plaintiffs BLADEROOM GROUP
                                                    LIMITED and BRIPCO (UK) LIMITED