Stephanie P. Skaff (State Bar No. 183119)
  sskaff@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Eugene Y. Mar (State Bar No. 227071)
  emar@fbm.com
Erik C. Olson (State Bar No. 260452)
  eolson@fbm.com
Alex Reese (State Bar No. 280530)
  areese@fbm.com
Julia F. Kropp (State Bar No. 298363)
  jkropp@fbm.com

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiffs BLADEROOM GROUP
LIMITED and BRIPCO (UK) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FACEBOOK, INC., et al.,<br><br>    Defendants. | Case No. 5:15-cv-01370-EJD<br><br>**PLAINTIFFS' SUPPLEMENTAL COMMENTS/OBJECTIONS TO ORDER RE: FINAL JURY INSTRUCTIONS [Dkt. No. 836]** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

PLTFS' SUPPL. COMMENTS/OBJECTIONS TO FINAL JURY
INSTRUCTIONS (DKT #836)–Case No. 5:15-cv-01370-EJD

30692\6671135.1

Pursuant to the Court's May 8, 2018 Order (Dkt No. 836), Plaintiffs, for purposes of preserving their arguments and objections, incorporate herein by reference all of their previous arguments and objections regarding the jury instructions and the issues raised thereby. Plaintiffs also object and expressly preserve their objections to the Court's Final Proposed Jury Instruction No. 38 (Causation: Substantial Factor Instruction), including the objection to the inclusion of the final sentence, and also additionally object to the language of this instruction to the extent that it does not address substantial factor for causing unjust enrichment. An instruction on causation for unjust enrichment is no longer expressly contained in any other jury instruction in the Court's set of Final Jury Instructions. Plaintiffs proposed an instruction on remedies that included an instruction on causation as to both harm and unjust enrichment (Plaintiffs' Proposed Instruction No. 49, Dkt No. 798 at 106). That instruction is not included in the final set provided to the jury as the Court's Final Jury Instructions, and as such, the substantial causation instruction (which only goes to "harm") may lead to juror error. Plaintiffs object and propose that the Court instruct the jury as follows on substantial factor, consistent with the other Final Proposed Jury Instructions:

Plaintiffs' Proposed Alternative to Final Jury Instruction No. 38

**CAUSATION: SUBSTANTIAL FACTOR**

A substantial factor in causing harm <u>and/or unjust enrichment</u> is a factor that a reasonable person would consider to have contributed to the harm <u>and/or unjust enrichment</u>. It must be more than a remote or trivial factor. It does not have to be the only cause of harm <u>and/or unjust enrichment.</u>

Dated: May 9, 2018                    FARELLA BRAUN + MARTEL LLP

                                      By:  /s/ Stephanie P. Skaff
                                           Stephanie P. Skaff

                                      Attorneys for Plaintiffs BLADEROOM GROUP
                                      LIMITED and BRIPCO (UK) LIMITED