UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

## TITLE: Bladeroom v Facebook
## CASE NUMBER: 15-cv-01370-EJD

### Minute Order and Trial Log

Date:  May 9, 2018
Time in Court: 8:17-9:17am, 9:46-11:24,11:34-1:31,2:33-4:00pm
**Total Time: 5 Hrs. 59 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez/Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Fisher, Stephanie Skaff, Alex Reese, Erik Olson, Eugene Mar, Julia Kropp,Jeffrey Lau
Defendant Attorney(s) present:  Steve Holthauser, Rudy Telscher, Leslie Gutierrez, Christopher Jaczko, Robert Sloss, Mindy Morton, Jonathan Schmalfeld, Margaret Heitkamp

**PROCEEDINGS:  Jury Trial (Day 20)**

Further Jury Trial Day 20 held. (Closing Arguments and Jury begins deliberations)
Please see trial log attached.
Further Jury Trial set for Thursday, May 10, 2018 at 8:30 am Jury deliberations will continue.

**MOTIONS:**

Defendants' Motion for Judgment as a Matter of Law (Dkt. 813) was filed.  The Court will allow Plaintiff's to file response.  Court will determine if argument is needed.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  Bladeroom v Facebook
Case No:  5:15-cv-01370-EJD

# TRIAL LOG

| TRIAL DATE: 5/9/2018 | REPORTER(S):<br> Irene Rodriguez/Lee-Anne Shortridge | **CLERK**:<br> Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:17 am | Court in session with Counsel outside presence of Jury. |
| | | | Counsel is taking up clarification of the Order on what defense can argue in closing arguments. |
| | | 8:23 am | Counsel argued as to proposed verdict form. |
| | | 8:30 am | Court hears from counsel re objections to demonstrative exhibits to be used in closing argument. |
| | | 8:37 am | Court rules on which slides it will allow and not allow for parties to utilize during closing argument. |
| | | 8:59 am | Plaintiff's Counsel Alex Reese presents issue as to Trial exhibit 6727 – as to Wilcox testimony. |
| | | 9:15 am | The Court acknowledges that defense has filed a Rule 50 Motion and the Court has received that and will allow the Plaintiff to respond. |
| | | 9:17 am | Court takes recess. |
| | | 9:46 am | Jury seated. Counsel present. Court in session. |
| | | 9:46 am | **Plaintiff's Closing Argument by Counsel Jeffrey Fisher begins.** |
| | | 11:24 am | Plaintiff's Closing Arguments concludes. |
| | | 11:24 am | Court takes morning recess 10 mins. |
| | | 11:34 am | Jury seated. Counsel present. Court in session. |

|  |  | 11:36 am | **Defendants' Closing Argument by Counsel Rudy Telscher begins.** |
|---|---|---|---|
|  |  | 1:26 pm | Defendants' closing argument concludes. |
|  |  | 1:27 pm | Court takes lunch recess. Jury to return at 2:30 pm and Jury admonished to not begin deliberations or speak about the case. |
|  |  | 1:28 pm | Court in session with Counsel outside of Jury presence addressing issues with Defendants' closing arguments. |
|  |  | 1:31 pm | Court took lunch recess. |
|  |  | 2:33 pm | Court informs Counsel that the Court will give the instruction regarding Jury to receive electronic exhibits for deliberations. |
|  |  | 2:35 pm | Jury seated. Counsel present. Court in session. |
|  |  | 2:35 pm | **Plaintiff's Rebuttal closing argument by Counsel Jeffrey Fisher begins.** |
|  |  | 3:09 pm | Plaintiff's Rebuttal closing argument concludes. |
|  |  | 3:09 pm | Court instructs the Jury. |
|  |  | 3:50 pm | Court concludes reading the Jury Instructions to Jury. |
|  |  | 3:50 pm | Court Security Officer(CSO) is sworn. |
|  |  | 3:51 pm | Jury exits to jury room with CSO. |
|  |  | 3:51 pm | Court spoke with alternate Juror #2 and informed Juror of status of on call and admonished juror to not discuss the case. |
|  |  | 3:53 pm | Court in session with counsel |
|  |  | 4:00 pm | Court adjourned for the day. |
|  |  | 5:00 pm | Jury left for the day and to return at 8:30 am on Thursday, May 10, 3018 for further deliberations. |
|  |  |  |  |