**FILED**

MAY 10 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al., Plaintiffs, v. EMERSON ELECTRIC CO., et al., Defendants. | Case No. 5:15-cv-01370-EJD **VERDICT FORM** |

Your answers to any of the following questions must be unanimous.

**Question No. 1:**

Did BladeRoom prove by a preponderance of the evidence that Emerson breached the Confidentiality Agreement?

YES __X__      NO _____

*Please continue to Question No. 2.*

**Question No. 2:**

Was BladeRoom harmed or was Emerson unjustly enriched by Emerson's breach of the Confidentiality Agreement?

YES __X__      NO _____

*Please continue to Question No. 3.*

Case No.: 5:15-cv-01370-EJD
VERDICT FORM

1

**Question No. 3:**

Did BladeRoom prove by a preponderance of the evidence that any of the following designs and methods described in Court Exhibit 2 was a trade secret?

| | | |
|---|---|---|
| Trade Secret 1: | YES  X | NO ____ |
| Combination Trade Secret No. 5: | YES ____ | NO  X |
| Combination Trade Secret No. 8: | YES  X | NO ____ |
| Combination Trade Secret No. 9: | YES ____ | NO  X |

*If you answered "yes" to any item listed in Question No. 3, please answer Question No. 4.*

*If you answered "no" to all items listed in Question No. 3 and you answered "yes" to Question No. 2, please answer Question No. 6.*

*If you answered "no" to Question Nos. 1 or 2 and "no" to all items in Question No. 3, please sign the verdict form and return it to the bailiff.*

**Question No. 4:**

Did BladeRoom prove by a preponderance of the evidence that Emerson improperly disclosed or used any of the following methods or designs?

| | | |
|---|---|---|
| Trade Secret 1: | YES  X | NO ____ |
| Combination Trade Secret No. 5: | YES ____ | NO  X |
| Combination Trade Secret No. 8: | YES  X | NO ____ |
| Combination Trade Secret No. 9: | YES  X | NO ____ |

*If you answered "yes" to any item listed in Question No. 4, please answer Question No. 5.*

*If you answered "no" to all items listed in Question No. 4, and you answered "yes" to Question No. 2, please answer Question No. 6.*

*If you answered "no" to each item listed in Question No. 4 and "no" to Question Nos. 1 or 2, please sign the verdict form and return it to the bailiff.*

Case No.: 5:15-cv-01370-EJD
VERDICT FORM

2

**Question No. 5**

Was Emerson's misappropriation of the designs and methods a substantial factor in causing BladeRoom's harm or Emerson to be unjustly enriched?

YES __X__    NO _____

*Please answer Question No. 6 if you answered "yes" to Question No. 5 or Question No. 2. If you answered "no" to Question No. 5 and "no" to Question Nos. 1 or 2, please sign the verdict form and return it to the bailiff.*

**Question No. 6:**

What are BladeRoom's damages?

Lost Profits: 10,000,000
Unjust Enrichment: 20,000,000
**TOTAL:** 30,000,000

**Question No. 7:**

If you answered "yes" to Question 5, did BladeRoom prove by clear and convincing evidence that Emerson's misappropriation of trade secrets was willful and malicious?

YES __X__    NO _____

DATED: 5/10/18          Helen Regalado
                        FOREPERSON

*After you have signed this form, notify the bailiff that you are ready to present your verdict in the courtroom.*

Case No.: 5:15-cv-01370-EJD
VERDICT FORM

3