UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EMERSON ELECTRIC CO, et al.,<br><br>Defendants. | Case No. 5:15-cv-01370-EJD<br><br>**ORDER RE: NOTICE REGARDING SUBMITTED MATTER**<br><br>Re: Dkt. No. 951 |

The court acknowledges the notice regarding submitted matters filed on February 14, 2019. Dkt. No. 951. The parties are advised the court will issue a decision on the pending matters no later than March 12, 2019.

**IT IS SO ORDERED.**

Dated: February 21, 2019

EDWARD J. DAVILA
United States District Judge