Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BLADEROOM GROUP LIMITED, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EMERSON ELECTRIC CO., et al.,<br><br>Defendants. | Case No. 5:15-cv-01370-EJD<br><br>[PROPOSED] JUDGMENT |

[PROPOSED] JUDGMENT
Case No. 5:15-cv-01370-(EJD)

30692\12621219.1

In accordance with the jury's verdict, the Court's post-verdict orders and its findings of fact and conclusions of law, judgment is hereby entered in favor of Plaintiffs BladeRoom Group Limited, and Bripco (UK) Limited (collectively "BladeRoom") as follows:

1. BladeRoom is awarded, and Defendants Emerson Electric Co., Emerson Network Power Solutions, Inc., and Liebert Corp. (collectively, "Emerson") shall pay, $77,476,717, consisting of the following:

    a. compensatory damages in the amount of $30,000,000;

    b. exemplary damages in the amount of $30,000,000;

    c. prejudgment interest in the amount of $17,476,717, which amount is the interest calculated on the $30,000,000 award of compensatory damages, commencing on October 30, 2012 and ending on August 12, 2019, on a compound basis at an annual rate of 7 percent, compounded annually[1];

2. BladeRoom is awarded, and Emerson shall pay, BladeRoom's reasonable attorney's fees and costs pursuant to California Civil Code § 3426.4, in an amount to be determined by this Court;

3. BladeRoom is awarded its costs pursuant to the bill of costs it has filed, in an amount to be determined by this Court; and

4. Post-judgment interest shall accrue and be calculated in accordance with 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: _____August 12_____, 2019

HON. EDWARD J. DAVILA
United States District Judge

---

[1] If the Court enters judgment after August 12, 2019, it should add $9,094 per day in prejudgment interest to the total amount Emerson must pay.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] JUDGMENT
Case No. 5:15-cv-01370-(EJD)                - 1 -                30692\12621219.1

Approved by counsel as to form:

August 12, 2019   FARELLA BRAUN + MARTEL LLP

By:  */s/* Jeffrey M. Fisher
Jeffrey M. Fisher

Attorneys for Plaintiffs BLADEROOM GROUP LIMITED and BRIPCO (UK) LIMITED

August 12, 2019   HUSCH BLACKWELL LLP

By:  */s/ Rudolph A. Telscher, Jr.*
Rudolph A. Telscher

Attorneys for Defendants EMERSON ELECTRIC CO., EMERSON NETWORK POWER SOLUTIONS, INC., AND LIEBERT CORP.

**Filer's Attestation**

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation.

August 12, 2019   HUSCH BLACKWELL LLP

By:  */s/ Rudolph A. Telscher, Jr.*
Rudolph A. Telscher

Attorneys for Defendants EMERSON ELECTRIC CO., EMERSON NETWORK POWER SOLUTIONS, INC., AND LIEBERT CORP.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400