1   Stephanie P. Skaff (SBN 183119)
      sskaff@fbm.com
2   Jeffrey M. Fisher (SBN 155284)
      jfisher@fbm.com
3   Eugene Y. Mar (SBN 227071)
      emar@fbm.com
4   Erik C. Olson (SBN 260452)
      eolson@fbm.com
5   Alex Reese (SBN 280530)
      areese@fbm.com
6   FARELLA BRAUN + MARTEL LLP
    235 Montgomery Street, 17th Floor
7   San Francisco, California 94104
    Telephone: (415) 954-4400
8   Facsimile: (415) 954-4480

Rudolph A. Telscher, Jr.*
rudy.telscher@huschblackwell.com
Steven E. Holtshouser*
steve.holtshouser@huschblackwell.com
Kara R. Fussner*
kara.fussner@huschblackwell.com
Jennifer E. Hoekel*
jennifer.hoekel@huschblackwell.com
Michael Martinich-Sauter
michael.martinich-sauter@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Facsimile:  (314) 480-1505
*admitted pro hac vice

9   *Attorneys for Plaintiffs BLADEROOM
    GROUP LIMITED and BRIPCO (UK)
10  LIMITED*

*Attorneys for Defendants EMERSON
ELECTRIC CO. and EMERSON NETWORK
POWER SOLUTIONS, INC. and LIEBERT
CORPORATION*

12                                                  James R. Batchelder (SBN 136347)
                                                    james.batchelder@ropesgray.com
13                                                  David S. Chun (SBN 315958)
                                                    david.chun@ropesgray.com
14                                                  James L. Davis, Jr.  (SBN 304830
                                                    james.l.davis@ropesgray.com
15                                                  ROPES & GRAY
                                                    1900 University Avenue, 6th Floor
16                                                  East Palo Alto, CA 94303-2284
                                                    Telephone:  (650) 617-4000
17                                                  Facsimile:  (650) 617-4090

18                                                  *Attorneys for Defendant EMERSON
                                                    ELECTRIC CO.*

19                  UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21                        SAN JOSE DIVISION

22  BLADEROOM GROUP LIMITED, et al.,          Case No. 15-cv-01370 EJD

23                  Plaintiffs,               **JOINT STIPULATION AND [~~PROPOSED~~]
                                              ORDER TO AMEND BRIEFING
24          vs.                               SCHEDULE**

25  EMERSON ELECTRIC CO., et al.,             Date:  June 23, 2022
                                              Time:  10:00 a.m.
26                                            Place:  San Jose Courthouse, Ctrm. 4, 5th Floor
27                  Defendants.               Judge:  Hon. Edward J. Davila

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
TO AMEND BRIEFING SCHEDULE - Case No. 15-
cv-01370 EJD

30692\14700065.1

1

**S**TIPULATION **R**EGARDING **B**RIEFING **S**CHEDULE

2      Whereas, on March 16, 2022, the Emerson Defendants filed a Motion to Compel

3  Production of the BladeRoom/Facebook Settlement Agreement ("Motion");

4      Whereas, the parties have met and conferred regarding the schedule for briefing the

5  Plaintiffs' Opposition and the Emerson Defendants' Reply;

6      Whereas, the hearing on the Motion is not scheduled until June 23, 2022; and

7      Whereas, altering the briefing schedule on the Motion will not impact any other deadlines

8  in the case;

9      Therefore, the parties stipulate and ask the Court to order the following briefing schedule

10  on the Emerson Defendants' Motion:

11  • **April 18, 2022:** Deadline for Plaintiffs to file their opposition to the Emerson Defendants'

12      Motion;

13  • **May 2, 2022:** Deadline for the Emerson Defendants to file their reply, if any, regarding

14      their Motion.

15

16  Dated: March 24, 2022          FARELLA BRAUN + MARTEL LLP

17

18                      By:  _____/s/ Jeffrey M. Fisher_____
                              Jeffrey M. Fisher
19
                           Attorneys for Plaintiffs BLADEROOM GROUP
20                         LIMITED and BRIPCO (UK) LIMITED

21  Dated: March 24, 2022          HUSCH BLACKWELL LLP

22

23                      By:  _____/s/ Steven E. Holtshouser_____
                              Steven E. Holtshouser
24
                           Attorneys for Defendants EMERSON ELECTRIC CO.,
25                         EMERSON NETWORK POWER SOLUTIONS, INC.,
                           AND LIEBERT CORP.
26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER       2
TO AMEND BRIEFING SCHEDULE - Case No. 15-
cv-01370 EJD

30692\14700065.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

In compliance with Civil L.R. Rule 5-1, I hereby attest that all parties have concurred in the filing of this Stipulation.

Dated:  March 24, 2022                    FARELLA BRAUN + MARTEL LLP


By:  _____*/s/ Jeffrey M. Fisher*_____
     Jeffrey M. Fisher

Attorneys for Plaintiffs BLADEROOM GROUP LIMITED and BRIPCO (UK) LIMITED


**[~~PROPOSED~~] ORDER**

In accordance with a stipulation between the parties, IT IS ORDERED that

- **April 18, 2022**  shall be the deadline for Plaintiffs to file their opposition to the Emerson Defendants' Motion;

- **May 2, 2022**  shall be the deadline for the Emerson Defendants to file their reply, if any, regarding their Motion.


Dated:   __March 24, 2022__

Honorable Edward J. Davila
United States District Court Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

JOINT STIPULATION AND [PROPOSED] ORDER
TO AMEND BRIEFING SCHEDULE - Case No. 15-
cv-01370 EJD

3

30692\14700065.1